**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS (Dallas)**

| | |
|---|---|
| In re:<br><br>CINNAMON EPLEY,<br><br>      Debtor. | Case No. 21-31797<br><br>Chapter 7 |
| NATIONWIDE JUDGMENT RECOVER, INC.,<br><br>      Plaintiff,<br>v.<br><br>CINNAMON EPLEY,<br><br>      Defendant. | Adversary Proc. No. 22-03048 |

## NATIONWIDE JUDGMENT RECOVERY, INC.'S *AMENDED* PROOF OF SERVICE OF SUMMONS SERVICE EXECUTED

I HEREBY CERTIFY that on the 17th day of May, 2022, I caused the Summons, Complaint and Scheduling Order to be served on the following parties via regular first-class U.S. Mail:

Daniel Herrin
Herrin Law, PLLC
4925 Greenville Avenue Suite 455
Dallas, TX 75206
*Counsel for Debtor*

Cinnamon Applegate Epley
3700 Mapleshade Ln.
Apt. 1121
Plano, TX 75075

Dated: May 23, 2022.                    Respectfully submitted,

_//s// Keith Wier_
Keith Wier, SBN: 21436100
MAURICE WUTSCHER LLP
5851 Legacy Circle, Suite 600
Plano, TX 75024
Telephone: 469-375-6792
Email: kwier@mauricewutscher.com
Local Counsel

Kay S. Kress (admitted pro hac vice)
Troutman Pepper Hamilton Sanders LLP
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: 248-359-7300
_Attorneys for Nationwide Judgment Recovery, Inc._

BTXN 117a (Rev. 10/02)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:
Cinnamon Applegate Epley

§
§
§

Debtor(s)

§
§

Case No.: 21-31797-mvl7
Chapter No.: 7

Nationwide Judgment Recovery, Inc.

§
§

Plaintiff(s)

§
§

Adversary No.: 22-03048-mvl

vs.

§

Cinnamon Applegate Epley

§
§

Defendant(s)

§
§
§
§
§

## SUMMONS IN AN ADVERSARY PROCEEDING

To the above-named defendant:

You are hereby summoned and required to serve upon **William Keith Wier**, Plaintiff's attorney (or if Plaintiff is not represented by counsel, upon Plaintiff), whose address is **Maurice Wutscher**
**5851 Legacy Circle**
**Suite 600**
**Plano, TX 75024** , either a motion or an answer to the complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Fed. R. Bankr. P. 7012, that governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon Plaintiff's attorney (or upon Plaintiff if Plaintiff is not represented by counsel) within 30 days of the date of issuance of this summons by the clerk (or by the following date prescribed by the court: N/A) except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

*{If this summons and complaint is served in a foreign country}* Service of your answer must be made by the following date prescribed by the court N/A.

The motion or answer served by you must be filed with this court before service or within a reasonable time after service. **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

DATED: 5/16/22

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/D. Harden, Deputy Clerk



In Re: Nationwide Judgment Recovery, Inc. v. Epley
Case No. 21–31797–mvl7 –7
Adv. No. 22–03048–mvl

## **AMENDED** SUMMONS SERVICE EXECUTED

I, Keith Wier

of** Maurice Wutscher LLP

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the __17th__ day of __May__, __2022__ I served a copy of the within summons, together with the complaint filed in this proceeding, on

Cinnamon Applegate Epley            and            Daniel Herrin, Esq.
                                                   Herrin Law, PLLC
                                                   4925 Greenville Avenue, Suite 455
                                                   Dallas, TX 75206

the defendant in this proceeding, by {describe here the mode of service}
Regular, first class United States mail, postage fully pre-paid

the said defendant at
3700 Mapleshade Lane, Apt. 1121      and      4925 Greenville Avenue, Suite 455
Plano, TX 75075                               Dallas, TX 75206

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __05/17/2022__          _____
              (Date)                        (Signature)

**   5851 Legacy Circle, Suite 600, Plano, TX 75024
    _State mailing address_